

**LaDelle Abilez, CSR**
Official Court Reporter
200th Judicial District Court
Travis County, Texas

P.O. Box 1748
Austin, Texas 78767
(512) 854-9325

February 5, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re:     Third Court of Appeals Cause No. 03-14-00518-CV
        Trial Court Cause No. D-1-GN-14-001582
        *James Poe and Senior Retirement Planners, LLC vs. Eduardo S. Espinosa in his
        Capacity as Receiver of Retirement Value, LLC*

Dear Mr. Kyle,

The Reporter's Record is due in your court today, February 5, 2015.

Unfortunately, I will not be able to file the record today.  My workload has been extensive the past 30 days, which has caused the delay in filing the record.  I will, however, file it this weekend, by February 8, 2015, at the very latest.

Thank you in advance for your consideration in this matter.

                        Sincerely,

                         */s/ LaDelle Abilez*

                        LaDelle Abilez,
                        Official Court Reporter